**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Texas Farm Bureau Mutual Insurance Company

Appellate case number:   01-19-00742-CV

Trial court case number: 17-CV-0910

Trial court:             10th District Court of Galveston County

Relator has filed a motion to stay the trial court proceedings pending resolution of its petition for writ of mandamus. The motion is **granted**. The proceedings in *Katherine Hunter v. Texas Farm Bureau Mut. Ins. Co.*, No. 17-CV-0910, in the 10th District Court of Galveston County, Texas, are stayed. The stay is effective until disposition of relator's petition for writ of mandamus or further order of this Court.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually     ☐ Acting for the Court

Date:  December 3, 2019